UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID A. BRITTO | : | CIVIL NO. 3:03cv2002 (CFD) |
| v. | : | |
| LIEUTENANT SALIUS, ET AL. | : | SEPTEMBER 19, 2008 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RELIEF FROM DISMISSAL

The defendants respectfully object to plaintiff's request to gain relief from this Court's dismissal of this civil action. Defendants represent the following:

1. A settlement conference was held on May 19, 2008, before the Honorable United States Magistrate Judge Thomas P. Smith.

2. At said conference, the plaintiff was represented by counsel.

3. Counsel reported to the Court that the plaintiff had accepted a settlement of $1,000.00 provided the State of Connecticut, on behalf of the defendants, waived its rights to costs of incarceration pursuant to Conn. Gen. Stat. 18-85a.

4. Defendants' counsel, on behalf of the State of Connecticut and the defendants, informed the Court of its agreement with the above terms.

5. The above oral argument constitutes a binding contract between the plaintiff, the State of Connecticut and the defendants, as no limitations were stated by the parties.

6. On May 19, 2008, the Court ordered closing papers to be filed by June 18, 2008.

7. The plaintiff refused to file closing papers.

8. On June 25, 2008, the Court dismissed this action in light of the reported settlement.

9. At no time during the thirty-day period did the plaintiff request relief from his agreement to settle this action.

10. On August 4, 2008, the plaintiff filed "Plaintiff's Motion for Relief from Dismissal."

11. The defendants and the State of Connecticut are prejudiced by the plaintiff's refusal to abide by the settlement agreement in that further expense and costs will be incurred by them.

12. The plaintiff, in support of his motion for relief, offers no explanation for his actions other than he "elected subsequently to rescind" his agreement.

**WHEREFORE**, the defendants and the State of Connecticut respectfully request that the Court deny plaintiff's Motion for Relief from Dismissal.

> DEFENDANTS
> Lieutenant Salius, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:_____/s/_____
> Michael J. Lanoue
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar #ct05195
> E-Mail:  michael.lanoue@po.state.ct.us
> Tel: (860) 808-5450
> Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that on September 19, 2008, a copy of the foregoing Objection to Plaintiff's Motion for Relief from Dismissal was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                _____/s/_____  
                                                                Michael J. Lanoue  
                                                                Assistant Attorney General  
                                                                110 Sherman Street  
                                                                Hartford, CT 06105  
                                                                Tel: (860) 808-5450  
                                                                Fax: (860) 808-5591  
                                                                E-Mail:   michael.lanoue@po.state.ct.us